UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                         :

XIAMEN WALLY BATH MANUFACTURE CO., LTD, :

                           Plaintiff,                 :             20-CV-9604 (JMF)

                -v-                   :           <u>ORDER SCHEDULING</u>
                                                       :           <u>DEFAULT JUDGMENT</u>
TRI-COASTAL DESIGN GROUP, INC.,          :           <u>BRIEFING AND SHOW</u>
                                                       :           <u>CAUSE HEARING</u>
                           Defendant.             :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On November 16, 2020, Plaintiff filed its Complaint with the Court.  *See* ECF No. 1.  Defendant was served with the Complaint on December 8, 2020, and proof of service was filed with the Court.  *See* ECF No. 7.  To date, Defendant has neither answered the Complaint, nor otherwise appeared in this action.  In light of the foregoing, it is hereby ORDERED that any motion for default judgment shall be filed, in accordance with the Court's Individual Rules and Practices for Civil Cases (available at https://nysd.uscourts.gov/hon-jesse-m-furman), no later than **January 26, 2021**.  Defendant shall file any opposition to the motion for default judgment no later than **February 4, 2021**.  Defendant is cautioned that a corporation may appear in federal court only through licensed counsel, and "where a corporation repeatedly fails to appear by counsel, a default judgment may be entered against it."  *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) (internal quotation marks omitted).

       If a motion for default judgment is filed, it is further ORDERED that Defendant appear and show cause before this Court, Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York, on **February 24, 2021**, at **3:45 p.m.**, why an order should not be issued granting a default judgment against Defendant.  Prior to that date, Plaintiff must file the proposed default judgment order electronically, using the ECF Filing Event "Proposed Default Judgment," for the Clerk's approval.

       In the event that Defendant appears or opposes the motion for default judgment prior to that date, the parties shall prepare to treat that conference as the initial pretrial conference.  That is, if Defendant appears, opposes the motion, or seeks a *nunc pro tunc* extension of time to respond to the complaint, then the parties — including Defendant — shall follow the pre-conference procedures specified in the Court's Order of November 17, 2020 including by submitting a joint letter addressing certain topics and a proposed case management plan no later than the Thursday prior to the conference.  *See* ECF No. 6.

       It is further ORDERED that Plaintiff serve Defendant via overnight courier (1) with a copy of this Order within **one business day of the date of this Order**; and (2) with a copy of the motion for default judgment and all supporting papers within **one business day** of the date of

any such motion.  In each case, within **two business days of service,** Plaintiff must file proof of such service on the docket.

    SO ORDERED.

Dated: January 5, 2021
       New York, New York
                                      JESSE M. FURMAN
                                      United States District Judge