UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XIAMEN WALLY BATH MANUFACTURE CO., LTD,<br>       *Plaintiff*,<br><br>-against-<br><br>TRI-COASTAL DESIGN GROUP, INC.,<br>       *Defendant*. | Case No.: 1:20-cv-9604<br><br>**CLERK'S CERTIFICATE**<br>**OF DEFAULT** |

   I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on November 16, 2020 with the filing of summons and complaint, a copy of the summons and complaint was served on defendant, TRI-COASTAL DESIGN GROUP, INC. on December 8, 2020, *and proof of service was filed on December 21, 2020, Doc. # 7.* I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein.  The default of the defendant is hereby noted.

Dated: New York, New York
      _____

                      **RUBY J. KRAJICK**
                      **Clerk of the Court**

              **By:** _____
                      **Deputy Clerk**