UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
XIAMEN WALLY BATH MANUFACTURE CO., LTD,

                      Plaintiff,

       -v-

TRI-COASTAL DESIGN GROUP, INC.,

                      Defendant.
----------------------------------------------------------------------X

20-CV-9604 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      The default judgment hearing scheduled for **February 24, 2021** at **3:45 p.m.** will be held remotely by teleconference in accordance with Rule 2(A) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.  (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.)

      As stated in Rule 2(C)(ii) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, **no later than 24 hours before the conference**, the parties shall send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.  More broadly, counsel should review and comply with the rules and guidance regarding teleconferences set forth in the Court's Emergency Individual Rules and Practices in Light of COVID-19.

      Plaintiff is ORDERED to serve Defendant via overnight courier a copy of this Order and file proof of such service within **two business days of the date of this Order.**

      SO ORDERED.

Dated: February 16, 2021
       New York, New York

_____
JESSE M. FURMAN
United States District Judge