~~Richard A. Lafont (RL 3933)~~
~~**PLATZER, SWERGOLD, LEVINE,**~~
~~**GOLDBERG, KATZ & JASLOW, LLP**~~
~~475 Park Avenue South~~
~~18th Floor~~
~~New York, New York 10016~~
~~Tel. (212) 593-3000~~
~~Fax. (212) 593-0353~~
~~Email: rlafont@platzerlaw.com~~
~~Attorneys for Plaintiffs~~

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XIAMEN WALLY BATH MANUFACTURE CO., LTD, <br><br> *Plaintiff*, <br><br> -against- <br><br> TRI-COASTAL DESIGN GROUP, INC., <br><br> *Defendant*. | Civil Action No. 1:20-cv-9604 <br><br> **JUDGMENT FOR SUM CERTAIN BY DEFAULT** |

Defendant, TRI-COASTAL DESIGN GROUP, INC. ("Defendant"), was served with the Summons and Complaint (the "Complaint") in this action as set forth in the affidavits of service filed with the Clerk of the Court and noted on the docket sheet and the time for Defendant to appear, answer or move against the Complaint has expired without an appearance by Defendant, and the Clerk having issued a Certificate of Default, dated January 13, 2021, accordingly, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and Rule 55.2 of the Local Rules of Practice of the United States District Court for the Southern District of New York, it is hereby:

ADJUDGED that plaintiff, XIAMEN WALLY BATH MANUFACTURE CO., LTD. with an address at 4F, No. 217, Tianfeng Road, Northern Industry, District Jimei, Xiamen, China 361021, recover from and have judgment against the Defendant, TRI-COASTAL DESIGN GROUP, INC. with an address at 49 West 37th Street, 8th Floor, New York, New York 10018 in the sum of $2,788,660.67.

The Clerk of Court is directed to close this case. SO ORDERED.

Honorable Jesse M. Furman

JUDGMENT ENTERED THIS   24th   DAY OF   February  , 2021.